JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOREVER21, INC.; *et al.* <br><br> Defendants. | Case No.: CV 16-4773-GW(GJSx) <br> <u>Honorable George H. Wu Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: February 21, 2017      By: _____
                              HONORABLE GEORGE H. WU
                              UNITED STATES DISTRICT JUDGE